UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FEDERAL TRADE COMMISSION and
PEOPLE OF THE STATE OF NEW YORK,

        Plaintiffs

       v.                             Civil No.:  15-CV-112-WMS

4 STAR RESOLUTION, LLC, et al,

        Defendants

_____

## NOTICE OF DEADLINE FOR FILING
## CLAIMS ON OR BEFORE SEPTEMBER 21, 2015

       **PLEASE TAKE NOTICE** that the Court entered an Order establishing **September 21, 2015** (the "Claim Bar Date") as the last day for each person or entity to file a claim against the Corporate Defendants in the above captioned case.

       The Claim Bar Date and the procedures set forth below apply to all claims against the following entities (collectively, the "Corporate Defendants"):

- 4 Star Resolution LLC;

- Profile Management, Inc.;

- International Recovery Service LLC;

- Check Solutions Services Inc.;

- Check Fraud Service, LLC;

- Merchant Recovery Service, Inc.;

- Fourstar Revenue Management LLC; and

- TDT Consulting Corp.

       You must file a claim to share in distribution from the assets of the Corporate Defendants if you have a claim against one or more of the Corporate Defendants.

       Your claim must conform substantially to the Creditor Claim Form annexed hereto as Schedule 1.  All claimants must file a claim and any holder of a claim or claims against one or more of the Corporate Defendants must file a separate claim form with respect to each such defendant.  The claimant, or an authorized agent, must sign the proof of claim form.  You

should attach to the claim form any documents upon which the claim is based or an explanation as to why the documents are not available.

**All claim forms must be received by counsel to the Receiver on or before September 21, 2015 at the address below:**

> **James C. Thoman, Esq.**
> **Hodgson Russ LLP**
> **140 Pearl Street, Suite 100**
> **Buffalo, New York  14202**

Claims will be deemed filed only when <u>received</u> by Receiver's counsel.

ANY HOLDER OF A CLAIM THAT FAILS TO FILE A TIMELY CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE CORPORATE DEFENDANTS AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THIS  CASE ON ACCOUNT OF THE CLAIM.

A holder of a possible claim against the Corporate Defendants should consult an attorney regarding any matters not covered by this notice, such as whether you should file a Claim.

Dated: July 31, 2015

> HODGSON RUSS LLP
> *Counsel for the Garry M. Graber, Esq.*
>
>
> By:    /s/ James C. Thoman
>             James C. Thoman, Esq.
> 140 Pearl Street, Suite 100
> Buffalo, New York 14202
> Telephone:  (716) 856-4000

# SCHEDULE 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FEDERAL TRADE COMMISSION and
PEOPLE OF THE STATE OF NEW YORK,

                Plaintiffs

      v.                                    Civil No.:  15-CV-112-WMS

4 STAR RESOLUTION, LLC, et al,

                Defendants

_____

## Creditor Claim Form

**Name of Creditor:**


**Name and Address Where Notices Should Be Sent:**


**Telephone No.:**


**Name of Defendant you assert claim against:**


**Date(s) of Claim:**


**Amount of Claim:**


**Please attach copies of all invoices or other supporting documents relating to your claim.  Do not send original documents.  Copies of the documents provided to the Receiver will not be returned.  You must maintain the original documents as the Receiver may ultimately request them for verification.  Please update the Receiver immediately in the event any of the contact information provided in this form changes.**

057421/00000 Litigation 7580461v1