UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION and
PEOPLE OF THE STATE OF NEW YORK,

                  Plaintiffs,

        -vs-

4 STAR RESOLUTION, *et al.,*

                  Defendants.

Civil No.:  15-cv-112-WMS-LGF

---

**NOTICE OF MOTION IN SUPPORT OF RECEIVER'S REQUEST
FOR APPROVAL OF PAYMENT OF FEES AND COSTS
INCURRED FROM APRIL 1, 2017 THROUGH MARCH 20, 2018**

| | |
|---|---|
| Moving Party: | Receiver, Garry M. Graber, Esq. |
| Directed To: | All parties in interest. |
| Date and Time: | To be determined by the Court. |
| Place: | Hon. William M. Skretny, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Declaration of James C. Thoman, Esq., dated March 20, 2018; proposed Order. |
| Answering Papers: | Absent a Court Order, any responding papers shall be served in accordance with Local Rule 7(b)(2).  The Receiver intends to file and serve reply papers. |
| Relief Requested: | An Order:  (1) approving the following payments be made immediately by the Receivership: (a) $11,392.76 to Hodgson Russ LLP for fees incurred from April 1, 2017 through March 20, 2018, which includes $2,000.00 to complete the wind-down of the Receivership; and (b) $4,288.23 to Hodgson Russ LLP for expenses invoiced from April 1, 2017 to March 20, 2018. |
| Grounds for Relief: | Section X of the Stipulated Preliminary Injunction Order, granted by this Court on June 2, 2015 (Docket No. 120). |

Oral Argument:                    Not requested unless there is an objection.

Dated: Buffalo, New York
        March 20, 2018

                                    **HODGSON RUSS LLP**
                                    *Attorneys for Receiver, Garry M. Graber, Esq.*


                                    By:    /s/ James C. Thoman
                                                James C. Thoman, Esq.
                                    The Guaranty Building
                                    140 Pearl Street, Suite 100
                                    Buffalo, New York 14202
                                    Telephone:  (716) 856-4000
                                    Email:  jthoman@hodgsonruss.com