# Exhibit "A"

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



**Hodgson Russ** LLP
ATTORNEYS

---

GARRY GRABER AS COURT APPOINTED RECEIVER
C/O HODGSON RUSS LLP
140 PEARL ST  STE 100
BUFFALO NY  14202-4040

| | |
|---|---|
| Invoice Date: | March 20, 2018 |
| Invoice Number: | ****** |
| Our File Number: | 079518.00000 |
| Billing Attorney: | GMG |

---

*Please return this copy with your payment.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 9,392.76 |
| Disbursements | $ | 4,288.23 |
| Invoice Total | $ | 13,680.99 |

*Payable in U.S. Funds*

---

*To Wire Payment:  Manufacturers and Traders Trust Company, Buffalo, NY **ABA**# 022000046 **Acct**# 6-434-5*
*For Foreign Wires: M&T Swift Code **MANTUS33***
**OR:**  Contact the Accounting Help Desk at 716.848.1255
*Payment due in 15 days. Make checks payable to Hodgson Russ LLP.*

*Outstanding invoices reflect this matter only.*
*Thank you for your business.*

---

| Albany, NY | Palm Beach, FL | Saratoga Springs, NY | New York, NY | Toronto, ON, CANADA |
|---|---|---|---|---|
| 518.465.2333 | 561.656.8608 | 518.736.2900 | 212.751.4300 | 416.595.5100 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



**Hodgson Russ** LLP
ATTORNEYS

---

GARRY GRABER AS COURT APPOINTED RECEIVER
C/O HODGSON RUSS LLP
140 PEARL ST  STE 100
BUFFALO NY  14202-4040

| | |
|---|---|
| Invoice Date: | March 20, 2018 |
| Invoice Number: | ****** |
| Our File Number: | 079518.00000 |
| Billing Attorney: | GMG |

RE:    FEDERAL TRADE COMMISSION AND PEOPLE OF THE
STATE OF NEW YORK VS. 4 STAR RESOLUTION LLC,
DBA CONSUMER RECOVERY GROUP ET AL.

---

*Retain this copy for your records.*

CURRENT INVOICE:

| | | |
|---|---|---|
| Professional Services | $ | 9,392.76 |
| Disbursements | $ | 4,288.23 |
| Invoice Total | $ | 13,680.99 |

*Payable in U.S. Funds*

---

*To Wire Payment:  Manufacturers and Traders Trust Company, Buffalo, NY **ABA**# 022000046 **Acct**# 6-434-5*
*For Foreign Wires: M&T Swift Code **MANTUS33***
**OR:**  Contact the Accounting Help Desk at 716.848.1255
*Payment due in 15 days. Make checks payable to Hodgson Russ LLP.*

*Outstanding invoices reflect this matter only.*
*Thank you for your business.*

---

| Albany, NY | Palm Beach, FL | Saratoga Springs, NY | New York, NY | Toronto, ON, CANADA |
|---|---|---|---|---|
| 518.465.2333 | 561.656.8608 | 518.736.2900 | 212.751.4300 | 416.595.5100 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000



Federal ID #16-0708550

| | |
|---|---|
| GARRY GRABER AS COURT APPOINTED RECEIVER | Invoice Date:    March 20, 2018 |
| C/O HODGSON RUSS LLP | Invoice Number:    ****** |
| 140 PEARL ST  STE 100 | Our File Number:    079518.00000 |
| BUFFALO NY  14202-4040 | Billing Attorney:    GMG |

RE:    FEDERAL TRADE COMMISSION AND PEOPLE OF THE
STATE OF NEW YORK VS. 4 STAR RESOLUTION LLC,
DBA CONSUMER RECOVERY GROUP ET AL.

ITEMIZED SERVICES:

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/10/17 | CSN | Continued work on Fourth Fee Application. | 0.40 | 20.40 |
| 04/11/17 | CSN | Finalized Notice of Motion, proposed Order and revised Declaration of JCT in Support of Fourth Fee Application; conferred with accounting regarding markups to proforma and edits needed. | 2.70 | 137.70 |
| 04/12/17 | CSN | Finalized Declaration of JCT in Support of Fourth Fee Application; conferred with accounting regarding updated proforma for fees and expenses; drafted itemized list of expenses to be attached to JCT Declaration; reviewed updated proforma; reviewed monthly billing report from storage facility to ascertain if we were charged for December; conferred with accounting regarding missing storage unit charge for December on the proforma; revised itemized list of expenses. | 2.90 | 147.90 |
| 04/12/17 | JCT | Reviewed/revised application for fees. | 0.40 | 105.40 |
| 04/13/17 | JCT | Reviewed/revised application for fees/expenses. | 1.10 | 289.85 |
| 04/13/17 | CSN | Revised Declaration of JCT in Support of Fourth Fee Application; conferred with JCT regarding same; revised time charges; multiple correspondences with accounting regarding requesting and edits to invoice. | 1.10 | 56.10 |
| 04/14/17 | CSN | Finalized and electronically filed Fourth Fee Application; drafted and electronically filed Affidavit of Service of Fourth Fee Application. | 0.60 | 30.60 |
| 04/14/17 | JCT | Reviewed/revised fee application and exhibits. | 0.60 | 158.10 |
| 04/27/17 | CSN | Conferred with Buffalo storage facility to pay monthly storage fee. | 0.10 | 5.10 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



March 20, 2018 | Our File Number: | 079518.00000
| Invoice Number: | ******

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/28/17 | CSN | Received and reviewed Receiver bank account statements to monitor recent account activity. | 0.10 | 5.10 |
| 05/04/17 | CSN | Received and reviewed Order from the Court granting Receiver's Fourth Fee Application. | 0.10 | 5.10 |
| 05/26/17 | JCT | Reviewed asset seizure notices from SDNY criminal action; reviewed asset freeze provisions in FTC action and drafted response to M&T Bank. | 1.50 | 395.25 |
| 05/26/17 | CSN | Received and reviewed Restraining Order in T. Thomas civil matter; conferred with GMG and JCT regarding same. | 0.20 | 10.20 |
| 06/07/17 | GMG | Reviewed email from D. Heim at M&T Bank; conference with JCT. | 0.20 | 75.65 |
| 06/08/17 | JCT | Telephone conference with D. Heim at M&T Bank regarding asset freeze. | 0.20 | 52.70 |
| 06/20/17 | MMB | Began drafting notice of motion to reaffirm fourth petition for payment and declaratory relief regarding S.D.N.Y. order related to estate assets. | 0.30 | 64.50 |
| 06/23/17 | MMB | Continued drafting notice of motion to reaffirm fourth fee application and declaratory relief regarding S.D.N.Y. order related to remaining assets. | 3.00 | 645.00 |
| 06/28/17 | MMB | Continued drafting notice of motion to reaffirm fourth fee application and declaratory relief regarding S.D.N.Y. order related to remaining assets. | 2.00 | 430.00 |
| 07/05/17 | JCT | Reviewed/revised motion for declaratory judgment on distribution of receivership assets. | 1.20 | 316.20 |
| 07/06/17 | MMB | Revised notice of motion for declaratory relief as to disposition of remaining assets. | 0.20 | 43.00 |
| 07/10/17 | JCT | Reviewed/responded to correspondence from claimant. | 0.20 | 52.70 |
| 07/11/17 | MMB | Revised notice of motion and related documents for motion for declaratory relief. | 4.60 | 989.00 |
| 07/11/17 | CSN | Received and reviewed email from MMB regarding creditors spreadsheet, reviewed file and responded to same. | 0.20 | 10.20 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



HodgsonRuss LLP
ATTORNEYS

March 20, 2018

Our File Number:    079518.00000
Invoice Number:    ******

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/17 | MMB | Revised notice of motion and related documents for motion for declaratory relief. | 1.70 | 365.50 |
| 07/14/17 | MMB | Continued revision of notice of motion and related documents for motion for declaratory relief. | 1.40 | 301.00 |
| 07/16/17 | MMB | Continued revision of notice of motion and related documents for motion for declaratory relief. | 1.00 | 215.00 |
| 07/28/17 | CSN | Received and reviewed Receivership Account statements from M&T Bank. | 0.20 | 10.20 |
| 07/31/17 | GMG | Conference with JCT regarding motion to free up funds. | 0.20 | 75.65 |
| 08/15/17 | JCT | Telephone conference with FTC counsel regarding status of settlement and criminal seizure. | 0.20 | 52.70 |
| 08/22/17 | CSN | Conferred with Shred-It regarding quote to shred documents and dispose of hard drives in Buffalo, NY storage unit; conferred with Lincoln Archive regarding quote to shred documents and dispose of hard drive in Buffalo, NY; conferred with JCT regarding same. | 1.20 | 61.20 |
| 08/23/17 | CSN | Conferred with additional document destruction company for quote on document shredding and hard drive disposal; updated summary and emailed to JCT. | 0.90 | 45.90 |
| 08/24/17 | CSN | Emails with electronic recycling company for quote on recycling computers and monitors in the Buffalo storage unit. | 0.30 | 15.30 |
| 08/31/17 | JCT | Telephone conference with FTC counsel regarding estimate of storage and disposal costs. | 0.20 | 52.70 |
| 09/05/17 | JCT | Review of proposed order terminating receivership and call with counsel for FTC regarding same. | 1.60 | 421.60 |
| 09/06/17 | GMG | Reviewed email from D. Heim regarding T. Thomas. | 0.20 | 75.65 |
| 09/12/17 | GMG | Reviewed email from D. Heim regarding T. Thomas; reviewed email from JCT to D. Heim in response. | 0.30 | 113.48 |
| 09/12/17 | JCT | Telephone conference with FTC counsel on criminal forfeiture position of U.S. Attorneys office. | 0.20 | 52.70 |
| 09/13/17 | GMG | Reviewed email from JCT forwarding M&T's reply. | 0.10 | 37.83 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



March 20, 2018

Our File Number:   079518.00000
Invoice Number:    ******

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 09/26/17 | JCT | Telephone conference with counsel for FTC regarding status of criminal forfeiture order. | 0.70 | 184.45 |
| 09/26/17 | JCT | Reviewed/revised affirmation in support of motion for direction. | 0.20 | 52.70 |
| 09/28/17 | JCT | Reviewed/revised motion for declaratory relief as to funds in receivership accounts. | 1.40 | 368.90 |
| 09/29/17 | JCT | Reviewed/revised motion for direction and supporting documents. | 2.20 | 579.70 |
| 10/02/17 | CSN | Reviewed proforma and bank account statements for current amounts of attorneys fee, expenses and amounts in bank account for FTC; created itemized statement of expenses. | 1.10 | 56.10 |
| 10/05/17 | JCT | Telephone conference with counsel for FTC on order to terminate receivership and review proposed order regarding same. | 0.80 | 210.80 |
| 10/06/17 | GMG | Reviewed email from JCT to K. Dahlberg O'Connell; conference with JCT on pending matters. | 0.50 | 189.13 |
| 10/06/17 | GMG | Reviewed email from K. Dahlberg O'Connell to JCT. | 0.10 | 37.83 |
| 10/06/17 | CSN | Revised proforma and itemized list of expenses; conferred with JCT regarding same; drafted email to K. Dahlberg regarding current fees, expenses and Receiver account balances. | 0.50 | 25.50 |
| 11/01/17 | CSN | Call with Life Storage to pay Buffalo storage unit fee. | 0.10 | 5.10 |
| 11/15/17 | JCT | Drafted e-mail to FTC counsel on status of stipulation and motion for direction. | 0.10 | 26.35 |
| 11/15/17 | JCT | Telephone conference with counsel for FTC regarding status of stipulation resolving case/terminating receivership. | 0.20 | 52.70 |
| 11/15/17 | GMG | Reviewed email from JCT to K. Dahlberg. | 0.10 | 37.83 |
| 11/28/17 | JCT | Telephone conference with counsel for FTC on status of stipulation to terminate receivership; conference with receiver on timing of resolution of receivership. | 0.40 | 105.40 |
| 11/29/17 | GMG | Conference with JCT on Final Pretrial conference and other matters regarding wind down of receivership. | 0.30 | 113.48 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



Hodgson Russ LLP
ATTORNEYS

March 20, 2018

Our File Number:    079518.00000
Invoice Number:         ******

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/18 | GMG | Telephone call from C. Krager from Transnational; email from C. Krager. | 0.20 | 75.65 |
| 02/15/18 | JCT | Telephone conference with counsel for FTC regarding status of receivership and criminal seizure. | 0.20 | 52.70 |
| 02/20/18 | JCT | Telephone conference with counsel for FTC regarding resolution of receivership and exchanged e-mails with SDNY U.S. Attorney's office regarding surrender of assets. | 0.40 | 105.40 |
| 02/21/18 | CSN | Reviewed file for pleadings requested by JCT; conferred with accounting for billed and unbilled time from April 1, 2017 to present. | 0.20 | 10.20 |
| 02/21/18 | JCT | Draft email to AUSA regarding status of receiver's fees and criminal seizure order. | 0.50 | 131.75 |
| 02/21/18 | GMG | Email from JCT to M. Ferrara with attached documents for review; conference with JCT on matter. | 0.30 | 113.48 |
| 02/27/18 | JCT | Telephone conference with counsel for FTC and US Attorney's office regarding status of stipulation on fees. | 0.20 | 52.70 |
| 03/02/18 | JCT | Reviewed and provided comments on FTC motion to terminate receivership. | 0.20 | 52.70 |
| 03/07/18 | JCT | Reviewed/revised FTC motion to terminate receivership. | 0.40 | 105.40 |
| 03/08/18 | CSN | Received voicemail from M. Ferrara regarding current receiver account balances; reviewed recent account statements and responded regarding same. | 0.20 | 10.20 |
| 03/13/18 | JCT | Reviewed draft stipulation from U.S. Attorneys' office and drafted emails regarding procedure for U.S Attorneys' office to approve fees. | 0.70 | 184.45 |
| 03/13/18 | CSN | Conferred with JCT concerning Stipulation and Order regarding payment of Receiver's fees and expenses and need to draft Fifth Fee Application for additional fees and expenses. | 0.20 | 10.20 |
| 03/15/18 | CSN | Reviewed and revised time charges for Fifth Fee Application. | 0.90 | 45.90 |

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000

Federal ID #16-0708550



Hodgson Russ LLP
ATTORNEYS

March 20, 2018
Our File Number:     079518.00000
Invoice Number:      ******

| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/16/18 | CSN | Revised and finalized Fifth Fee Application for Compensation and Declaration of JCT in Support of Fifth Fee Application; worked with accounting department to finalize invoice for Fifth Fee Application; drafted itemized statement of expenses; drafted and finalized proposed Order Granting Fifth Fee Application; | 3.00 | 153.00 |
| 03/19/18 | JCT | Reviewed and revised Fifth Fee Application. | 0.40 | 105.40 |
| 03/19/18 | CSN | Worked on list of itemized disbursements to be included in the Fifth Fee Application. | 0.60 | 30.60 |
| 03/20/18 | CSN | Revised and finalized Fifth Fee Application and supporting documents; received and reviewed Final Orders entered by the Bankruptcy Court to incorporate in the Fifth Fee Application; conferred with JCT regarding same and electronically filed Fifth Fee Application. | 2.20 | 112.20 |
| 03/20/18 | JCT | Finalize fee application. | 0.20 | 52.70 |

Total:     $     9,392.76

| | | | | | |
|---|---|---|---|---|---|
| GMG | Garry M. Graber | 2.50 | hours @ | $378.26 | 945.66 |
| JCT | James C. Thoman | 16.60 | hours @ | $263.50 | 4,374.10 |
| MMB | Mary M. Balkin | 14.20 | hours @ | $215.00 | 3,053.00 |
| CSN | Christine S. Napierski | 20.00 | hours @ | $51.00 | 1,020.00 |

Professional Services     $     9,392.76