# Exhibit "B"

4 Star Resolution, LLC

**ITEMIZED DISBURSEMENTS:**

| Date | Description | Amount |
|---|---|---|
| 4/6/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (March) | $88.00 |
| 4/6/2017 | Monthly storage unit rental fee – Buffalo, New York (April) | $285.00 |
| 4/30/2017 | Professional ediscovery services | $19.11 |
| 5/23/2017 | Monthly storage unit rental fee – Buffalo, New York (May) | $285.00 |
| 5/23/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (April) | $88.00 |
| 5/31/2017 | Professional ediscovery services | $19.11 |
| 6/26/2017 | Monthly storage unit rental fee – Buffalo, New York (June) | $285.00 |
| 6/26/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (May) | $93.00 |
| 6/30/2017 | Professional ediscovery services | $19.11 |
| 7/31/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (June) | $93.00 |
| 7/31/2017 | Professional ediscovery services | $19.11 |
| 8/15/2017 | Long distance call | $0.65 |
| 8/17/2017 | Copy charges | $92.13 |
| 8/24/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (July) | $93.00 |
| 8/24/2017 | Monthly storage unit rental fee – Buffalo, New York (July) | $285.00 |
| 8/31/2017 | Professional ediscovery services | $19.11 |
| 9/5/2017 | Long distance call | $1.25 |
| 9/26/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (August) | $93.00 |
| 9/29/2017 | Monthly storage unit rental fee – Buffalo, New York (August) | $300.00 |
| 9/29/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (September) | $93.00 |
| 9/30/2017 | Professional ediscovery services | $19.11 |
| 10/5/2017 | Long distance call | $1.20 |
| 10/10/2017 | Monthly storage unit rental fee – Buffalo, New York (September) | $285.00 |
| 10/31/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (October) | $93.00 |
| 10/31/2017 | Professional ediscovery services | $19.11 |
| 11/27/2017 | Monthly storage unit rental fee – Buffalo, New York (October) | $285.00 |
| 11/30/2017 | Professional ediscovery services | $19.57 |
| 12/8/2017 | Long distance call | $0.95 |
| 12/20/2017 | Monthly storage unit rental fee – Buffalo, New York (November) | $285.00 |
| 12/20/2017 | Monthly storage unit rental fee – Charlotte, North Carolina (November) | $93.00 |
| 12/28/2017 | Fiduciary Receiver Bond | $100.00 |
| 12/31/2017 | Professional ediscovery services | $19.57 |
| 1/10/2018 | Monthly storage unit rental fee – Buffalo, New York (December) | $285.00 |
| 1/10/2018 | Monthly storage unit rental fee – Charlotte, North Carolina (December) | $94.00 |
| 1/31/2018 | Monthly storage unit rental fee – Charlotte, North Carolina (January) | $94.00 |
| 1/31/2018 | Professional ediscovery services | $19.57 |
| 2/16/2018 | Monthly storage unit rental fee – Buffalo, New York (January) | $285.00 |
| 2/28/2018 | Professional ediscovery services | $19.57 |

**TOTAL DISBURSEMENTS:**  **$4,288.23**